UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN K. LENOIR,

                    Plaintiff,

    -against-

BEST BUY CO., INC., a/k/a BEST BUY CO. OF MINNESOTA,

                    Defendants.
------------------------------------------------------------------X

Case No.:

**RULE 7.1 STATEMENT**

Defendants, BEST BUY CO., INC., a/k/a BEST BUY CO. OF MINNESOTA, by their attorneys, FISHMAN McINTYRE BERKELEY LEVINE SAMANSKY P.C., respectfully state upon information and belief:

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants certifies that there are no corporate parents, affiliates and/or subsidiaries of Defendants which are publicly held except for "Best Buy Co., Inc.," which is the corporate general partner of Best Buy Stores, L.P.

Dated: New York, New York
        October 31, 2019

                                    Yours etc.,

                                    _____
                                    MITCHELL B. LEVINE, ESQ.
                                    FISHMAN MCINTYRE BERKELEY LEVINE
                                    SAMANSKY P.C.
                                    Attorneys for Defendants
                                    BEST BUY CO., INC., a/k/a BEST BUY
                                    CO. OF MINNESOTA
                                    521 Fifth Avenue, 17th Floor
                                    New York, New York 10175
                                    (212) 461-7190
                                    File No.: BBY-040-ML

TO:   Juan K. Lenoir (Plaintiff)
      100 West 92nd Street
      New York, New York 10025
      347-262-4199
      Email: KL122NY@hotmail.com