USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN K. LENOIR,

                Plaintiff,

v.

BEST BUY CO. INC. *also known as* BEST BUY CO. OF MINNESOTA,

                Defendant.

No. 19-CV-10370 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than January 8, 2020, the parties shall file a joint letter informing the Court whether they believe a referral to mediation would be productive in advance of the initial conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    January 6, 2020
             New York, New York

_____
Ronnie Abrams
United States District Judge