USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-19-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN K. LENOIR,

                 Plaintiff,

      v.

BEST BUY CO. INC. *also known as* BEST BUY CO. OF MINNESOTA,

                 Defendant.

No. 19-CV-10370 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the ongoing discovery disputes in this action and Magistrate Judge Wang's April 23, 2020 Order, Dkt. 21, the post-discovery conference presently scheduled for May 22, 2020 is hereby adjourned *sine die*. The parties shall file a joint letter on the status of this action no later than June 19, 2020. In the event that Defendant is still unable to reach Plaintiff, Defendant shall file its own status letter so informing the Court by June 19, 2020.

    Defendant shall serve a copy of this Order on Plaintiff via email and shall file proof of such service on the docket.

SO ORDERED.

Dated:    May 19, 2020
            New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge