**MEMO ENDORSED**

# FISHMAN MCINTYRE
## BERKELEY LEVINE SAMANSKY P.C.

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
LAWRENCE M. BERKELEY ⊥ +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
DONALD M. GARSON >
CASSANDRA A. WILLOCK*
SCOTT A. GROSSMAN *
PHILIP H. ZIEGLER*
ANDREW L. STERN >
PETER J. MURANO, III*

ANN MARIE F. KANE*
MARK N. KEDDIS*
JASON J. MASTRANGELO^

NEW YORK OFFICE
521 FIFTH AVENUE, 17th Fl.
New York, NY 10175
Tel (212) 461-7190
Fax (973) 560-0060

June 30, 2020

120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Telephone (973) 560-9000
Fax (973) 560-0060

> NJ BAR
< NY BAR
⊥ NJ, NY & CT BARS
**NJ & DC BARS
* NJ & NY BARS
^ NJ & PA BARS

+ Certified by the Supreme Court
of NJ as a Civil Trial Attorney

www.fishmanmcintyre.com

*Via ECF*

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application Granted. Defendant shall respond by July 8, 2020. Defendant is requested to email a copy of this order to the pro se Plaintiff. The Clerk of Court is directed to close ECF 29. SO ORDERED.
>
> _____
> Ona T. Wang July 1, 2020
> U.S.M.J.

Re: **Juan K. Lenoir v. Best Buy Co., Inc.**
Case No.: 1:19-cv-10370
Our File Number: BBY-040-ML

Dear Judge Wang:

This firm represents the defendant, Best Buy Co., Inc., in connection with the above. This letter responds to the pro-ses plaintiff's letter of June 25, 2020, enclosing a copy of a letter sent via email from plaintiff's counsel to the undersigned on June 19, 2020.

I respectfully request a very brief opportunity to respond to the contents of Mr. Lenoir's letter of June 19, 2020. Please advise if Your Honor will permit the same.

Thank you for Your Honor's attention to the foregoing.

Respectfully submitted,

Mitchell B. Levine
mitch@fishmanmcintyre.com

MBL:bas

cc: Juan K. Lenoir, via email - KL122NY@hotmail.com