**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JUAN K. LENOIR,                                             :
                                                            :
                Plaintiff,                                  :    No. 19-CV-10370 (RA) (OTW)
                                                            :
        -against-                                           :    ORDER
                                                            :
BEST BUY CO. INC.,                                          :
                                                            :
                Defendant.                                  :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

On July 13, 2020, I ordered Plaintiff to respond to Defendant's discovery requests, and if there was "a request for an extension of time by Plaintiff due to medical reasons [it] must be supported by medical evidence" and Plaintiff may email that medical support ex-parte to Chambers.

On August 26, 2020, my Chambers received a scan from "Staples Print & Marketing Services," which is attached to this Order. The last page, the doctor's note, has been removed and will be filed under seal. Therein, Plaintiff requests an extension of 45 days to respond to Defendant's discovery demands. Upon review of the doctor's note, I find that although Plaintiff has ongoing medical conditions, they should not prevent him from engaging in written discovery in a timely manner. Of note, the Defendant served Plaintiff with these demands in October 2018, almost a year prior, well before the current COVID-19 pandemic.

On September 2, 2020, Defendant, not having received Plaintiff's August 26, 2020 letter, submitted a letter that noted various failures of Plaintiff to engage in discovery.

It is **HEREBY ORDERED** that Plaintiff must respond to all outstanding discovery demands by **October 12, 2020**. **There shall be no further extensions absent a timely application, on notice to the Defendant, and extraordinary good cause supported by evidence.** Plaintiff must meet and confer in good faith with Defendant. Failure to do so may result in a recommendation that this action be dismissed for failure to prosecute. The parties are further directed to submit a joint status letter on **October 12, 2020**.

Defendant is ordered to serve a copy of this Order on Plaintiff via email, and shall file proof of such service on the docket.

**SO ORDERED.**

Dated: September 9, 2020  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge

No. 19-CV-10370(RA)(OTW)

UNITED STATES DISRICT COURT

SOUTHERN DISTRICT OF NEW YORK

———————————————

JUAN K. LENOIR,
Plaintiff,

-against-

BEST BUY CO., INC.
Defendant.

———————————————

, *EX PARTE* REQUEST FOR EXTENSION

Submitted in accordance with the Order of Hon. Ona T. Wang at e mail address:

Wang_NYSDChambers@nysd.uscourts.gov

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| JUAN K. LENOIR, | No. 19-CV-10370(RA)(OTW) |
| Plaintiff, | *EX PARTE* REQUEST FOR EXTENSION |

-against-

BEST BUY CO., INC.,
    Defendant.
_____

Upon the Affirmation of J. Kip Lenoir, Esq. duly affirmed on the 26th day of August, 2020, and the letter of Dr. Lewis Wright, and the prior Order of this Court dated July 13, 2020, your Affirmant will request an extension of 45 days to respond to defendant's discovery requests, and for such other relief as the Court deems proper under the present circumstances.

Respectfully submitted,
J. Kip Lenoir, Esq. /s/

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JUAN K. LENOIR,
    Plaintiff,

No. 19-CV-10370(RA)(OTW)

*AFFIRMATION*

-against-

BEST BUY CO., INC.,
    Defendant.

_____

J. Kip Lenoir, Esq., being duly admitted to all courts in the State of New York, hereby affirms the following under penalties of perjury:

1. That I am plaintiff in the above action and make this affirmation in support of the request for extension of time to respond to the discovery requests of the defendant.

2. That this request is submitted in accordance with the previous Order of the Court dated July 13, 2020, annexed hereto as Exhibit A.

3. That this request is supported by the letter of Dr. Lewis Wright also annexed hereto as Exhibit B.

Your Affirmant requests that the extension requested be granted.

Respectfully,

J. Kip Lenoir, Esq.

August 26, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUAN K. LENOIR,                                    :
                                                   :
                    Plaintiff,                     :    No. 19-CV-10370 (RA) (OTW)
                                                   :
             -against-                             :    **ORDER**
                                                   :
BEST BUY CO. INC.,                                 :
                                                   :
                    Defendant.                     :
                                                   :
                                                   :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendant's letter motion seeking discovery responses from Plaintiff. (ECF 32)

It is **HEREBY ORDERED** that Plaintiff (a) serve his Rule 26 initial disclosures **by July 31, 2020** and (b) respond to all outstanding discovery requests (including medical records authorizations, responses to interrogatories, and any document requests) by **August 31, 2020**. **Failure to respond by August 31, 2020 may result in a recommendation for dismissal for failure to prosecute.** Any request for an extension of time by Plaintiff due to medical reasons must be supported by medical evidence such as a doctor's note. Plaintiff may email the medical support *ex-parte* to Wang_NYSDChambers@nysd.uscourts.gov.

Plaintiff is directed to review the attached forms regarding consent to electronic service and temporary acceptance of *pro se* filings by email. *See* attached. If Plaintiff choses to enroll in electronic service, he should complete the forms and send back to the Court.

Case 1:19-cv-10370-RA-OTW   Document 39   Filed 09/09/20   Page 8 of 8
Case 1:19-cv-10370-RA-OTW   Document 37-1   Filed 07/14/20   Page
Case 1:19-cv-10370-RA-OTW   Document 36   Filed 07/13/20   Page 22 of of 1414

Defendant is ordered to serve a copy of this Order on Plaintiff via email, and shall file proof of such service on the docket.

The Clerk of Court is directed to close ECF 32.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: July 13, 2020
    New York, New York
**Ona T. Wang**
    United States
    Magistrate Judge

